

# FRANCHISE MANAGEMENT GROUP

*An Association of Midas, CNAC, and J.D. Byrider Franchise Operators*

| **Midas** | **CNAC** | **J.D. Byrider** |
|---|---|---|
| *D.W. Systems, Inc.* | *Autobanc Corp.* | *CICA Corp.* |

May 11, 2010

U.S. Bankruptcy Court Clerk
921 Ohio St. Rm 104
Terre Haute, IN 47807

RE: Case#10-80635
　　Brown, Sherry Lynn Brown
　　Social Security Number XXX-XX-8626

To Whom It May Concern:

Please be advised that Autobanc Corp . d/b/a CNAC having a business address of 7400 N. Shadeland Ave., Suite 200, Indianapolis, IN 46250, has no record of an account for the above stated matter.

7400 N SHADELAND AVE, SUITE 200　INDIANAPOLIS, INDIANA　46250　317 596 3030　FAX 317 596 1660